# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| BRYAN TESSANNE, et al., | ) CASE NO. 5:22-CV-00354 |
| | ) |
| Plaintiffs, | ) JUDGE CHARLES E. FLEMING |
| | ) |
| vs. | ) |
| | ) |
| CHILDREN'S HOSPITAL MEDICAL | ) |
| CENTER OF AKRON, | ) |
| | ) **JUDGMENT ENTRY** |
| Defendant. | ) |

For the reasons stated in the accompanying Memorandum Opinion and Order, this matter is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

**Dated: May 10, 2023**

_____
CHARLES E. FLEMING
**U.S. DISTRICT COURT JUDGE**

1