**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRYAN TESSANNE, et al., | ) | CASE NO. 5:22-CV-00354 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| CHILDREN'S HOSPITAL MEDICAL CENTER OF AKRON, | ) | |
| | ) | |
| Defendant. | ) | **AMENDED JUDGMENT ENTRY** |

On April 4, 2024, the Sixth Circuit Court of Appeals affirmed this Court's dismissal of this action, but remanded to allow the Court to correct its Judgment Entry to reflect that this matter is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) rather than Fed R. Civ. P. 12(b)(1).  (ECF No. 20, PageID #122).  Since then, Defendant Children's Hospital Medical Center of Akron has moved this Court to dismiss this action with prejudice.  (ECF No. 22).

This Court incorporates the Sixth Circuit's analysis into this Entry.  (*See* ECF No. 20).  The Court hereby **AMENDS** its May 10, 2023 Judgment Entry dismissing this case to reflect that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).  *See Morrison v. Nat'l Australia Bank Ltd.*, 561 U.S. 247, 254 (2010) ("Since nothing in the analysis of the courts below turned on the mistake[n application of Fed. R. Civ. P. 12(b)(1)], a remand would only require a new Rule 12(b)(6) label for the same Rule 12(b)(1) conclusion.") (clarification added).  Defendant's Motion to Dismiss (ECF No. 22) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**Dated: June 18, 2024**

_____
**CHARLES ESQUE FLEMING
UNITED STATES DISTRICT JUDGE**